IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

FILED IN OPEN COURT
AUG 19 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> RYAN PATRICK VERMILLION, <br><br> *Defendant.* | Case No. 1:22-CR-148 (CMH) <br><br> Count One: Acquire or Obtain Controlled Substance by Fraud, Forgery, or Misrepresentation <br> (21 U.S.C. § 843(a)(3)) |

## CRIMINAL INFORMATION

THE ATTORNEY FOR THE UNITED STATES CHARGES THAT:

On or about January 10, 2021, in Loudoun County, Virginia, within the Eastern District of Virginia, the defendant, RYAN PATRICK VERMILLION, did knowingly, intentionally, and unlawfully acquire and obtain possession of a controlled substance—to wit, oxycodone, a Schedule II controlled substance—by misrepresentation, fraud, forgery, deception, and subterfuge.

(In violation of Title 21, United States Code, Section 843(a)(3))

Raj Parekh
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

Date: 8/19/22      By: *[signature]*
Katherine E. Rumbaugh
Michael P. Ben'Ary
Assistant United States Attorneys